# EXHIBIT A



**133-29 41st Avenue, 1st Floor, Flushing, NY 11355**
**718-359-1888**  |  **contact@glownyc.org**  |  **glownyc.org**

---

October 27, 2022

Re:     AN, Quanzhong

To whom it may concern,

This letter is served in reference to Mr. AN, Quanzhong, who is a philanthropist and a good person in the Chinese-American community.

Glow Community Center is a not-for-profit organization devoting to enrich life of all ages for the communities in Flushing and beyond, through the delivery of various group activities in education, athletics, arts and cultures. Aiming to serve the multi-cultural population of our community, Glow Community Center offer a sense of belonging and encourage the young adults to serve and give back to the community.

Mr. An is a successful entrepreneur and an extraordinaire philanthropist in both China and NYC who is a perfect demonstration of giving back to the community. Mr. An is a well-known businessman in Chinese-American community for charitable donations to schools and scholarships. Mr. An values the education of the next generation and has been always willing to provide support to young people in demand. Besides, he cares growth and development of the Chinese-American community. He has been open to all sources of discussion and exchange of ideas that are helpful to local society. What's more, Mr. An always helps elderly people with a warm heart.

To our believe that Mr. An is in no way a flight risk or a threat to others. I have never witnessed Mr. An behaves in any way that is not deferential, courteous, and unfailingly moral.

Thank you for your consideration. Should you have any questions, please do not hesitate to contact me.

Sincerely,

_____
Tai Wang,
President of Glow Community Center