# EXHIBIT B



# Proclamation

## An Quanzhong

**Whereas:** On this day, October 6, 2015, the members, friends and supporters of the New York Shandong Association Inc. gather for a Kongzhi Education Foundation fundraiser at Grand Restaurant in Flushing; and

**Whereas:** The New York Shandong Association Inc. was founded in 1983 and remains a steadfast supporter of its community; and

**Whereas:** Under the exemplary and visionary leadership of President An Quanzhong, the New York Shandong Association has been able to make a lasting and meaningful impact on education. In his dual position as President of the New York Shandong Association and Board Chairman of Kongzhi Education Foundation, Mr. An has helped to strengthen educational opportunities for the community; and

**Whereas:** As an innovative entrepreneur, Mr. An has invested in the success of local businesses in New York City. A key part of New York Shandong Association Inc.'s mission is to encourage business exchange and Mr. An truly serves as a role model for his peers in this regard; and

**Whereas:** I am delighted to honor President An Quanzhong and recognize his unwavering commitment to ensuring the effectiveness of the New York Shandong Association Inc. within the communities it serves.

**Therefore,** I, Grace Meng, Member of Congress representing the Sixth Congressional District, hold up Mr. An Quanzhong for great recognition and honor and declare today to be *"President An Quanzhong Day"* throughout the Sixth Congressional District.

October 6, 2015
Date

Grace Meng
Member of Congress

山东省侨联