UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
UNITED STATES OF AMERICA,

                      ORDER
                      FOR ACCEPTANCE OF CASH BAIL

      -against-

QUANZHONG AN                     Docket No. 22CR460 (KAM)

-----------------------------------------------------X

Bail having been fixed by Hon. __James R. Cho__, in the above entitled action in the amount of $ __30 Million__ of which sum $__1,200,000.00__ in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $__1,200,000.00__ when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated:   Brooklyn, New York

        MAY 25, 2023

                                            s/JRC
                                UNITED STATES MAGISTRATE JUDGE
                                JAMES R CHO

Receipt No. _____
Money Deposited By:_____
address & Telephone _____
                     _____
                     _____