# CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE **James Cho**    DATE: **5/13/2024**

DOCKET NUMBER: **22 CR 460 (KAM)**    LOG #: **11:14 – 11:19**

DEFT NAME: **Guanzhong An**    ATTY: **Benjamin Brafman**
✓ Present ___ Not Present ___ Custody ✓ Bail ___ Federal Defender ___ CJA ___ Ret

DEFT NAME: **Guang Yang An**    ATTY: **Justine Harris**
✓ Present ___ Not Present ___ Custody ___ Bail ___ Federal Defender ___ CJA ___ Ret

DEFT NAME:    ATTY:
___ Present ___ Not Present ___ Custody ___ Bail ___ Federal Defender ___ CJA ___ Ret

A.U.S.A.: **Antoine Rangel**    DEPUTY CLERK:

INTERPRETER: **Mandarin** (Language) **SHI FENG – for deft Guanzhong An.**

_____ Defendants' first appearance.    ✓ Defendants arraigned on the **superseding** indictment.

_____ Defendants informed of rights.

✓ All defendants entered NOT GUILTY PLEA to ALL counts of the **superseding** indictment.

_____ Status conference set for _____ @ _____ before Judge _____

_____ Hearing held.    Hearing adjourned to _____

___ Defendant was released on _____ PRB with conditions.

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Verbal Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

OTHERS: