# SHER TREMONTE LLP

February 5, 2025

**BY ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: *United States v. An, et al.,* 22 Cr. 460 (KAM)

Dear Judge Matsumoto:

  We write on behalf of our client, Guangyang An, a defendant in the above-captioned case, to respectfully request a short extension of time for the parties' sentencing submissions. The government and counsel for defendant Quanzhong An consent to this request. This is the third request for an adjournment of the deadlines for the parties' sentencing submissions. The reason for the request is that counsel for Ms. An, Katie Renzler, unexpectedly has to attend a memorial service out of town on Friday, February 7, 2025. In light of this, the parties respectfully request that the Court adjourn the briefing schedule as follows: (1) defendants' sentencing submissions due Monday, February 10, 2025 (instead of Friday, February 7, 2025); (2) government's sentencing submissions due Thursday, February 20, 2025 (instead of Tuesday, February 18, 2025); and (3) defendants' reply submissions due Wednesday, February 26, 2025 (instead of Tuesday, February 25, 2025). The parties are not seeking to adjourn Ms. An's or Mr. An's sentencing hearings, which are currently scheduled for March 26 and March 27, 2025, respectively.

  We appreciate the Court's consideration.

                Respectfully submitted,

                */s/ Justine A. Harris*
                Justine A. Harris
                Alison Moe
                Katie Renzler

                *Attorneys for Guangyang An*

cc:  All parties (by ECF)