

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:CSK
F. #2021R00667

271 Cadman Plaza East
Brooklyn, New York 11201

March 12, 2025

By ECF
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Quanzhong An
      Criminal Docket No. 22-460 (S-1) (KAM)

Dear Judge Matsumoto:

  Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Quanzhong An, has agreed to in connection with his guilty plea before the Honorable Pamela K. Chen on May 28, 2024 and the Addendum to Plea Agreement agreed to by the parties, dated March 12, 2025.  The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

  Thank you for Your Honor's consideration of this submission.

           Respectfully submitted,

           JOHN J. DURHAM
           United States Attorney

      By: /s/  Claire S. Kedeshian
         Claire S. Kedeshian
         Assistant U.S. Attorney
         (718) 254-6051

Encl.: Preliminary Order of Forfeiture
cc:  Counsel of Record (by ECF)