U.S.D.J. KIYO A. MATSUMOTO    March 19, 2025    TIME: 12:30 p.m. - 4:40 p.m.

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET #** 22-CR-460  [KAM]  U.S.A. v.  Quanzhong An  (dob)

**DEFENSE COUNSEL:** Benjamin Brafman, Esq. and Jacob Kaplan retained)

**A.U.S.A:** Alexander Solomon, Esq. and Antionette Rangel, Esq.   **CR:**  R. Teich    **DEPUTY:** S. Jackson

**X** CASE CALLED.                **X** DEFENDANT SWORN AND INFORMED OF RIGHTS

**X** SENTENCING HELD.             **X** STATEMENTS OF DEFENDANT AND COUNSEL HEARD

**X** DEFENDANT SENTENCED ON COUNTS **2** OF A NINE COUNT, **SUPERSEDING INDICTMENT**

\_COUNT\_ OF THE INDICTMENT/SUPERSEDING INFORMATION/INFORMATION

**IMPRISONMENT/PROBATION:**  20 months in custody with credit for time served since his arrest on October 20, 2022, and released on May 25, 2023, on a secured bond.

**SUPERVISED RELEASE:**  3 years with the standard and special conditions of release.

**SPECIAL CONDITIONS OF SUPERVISION**
a. Due to the nature of the offense, Mr. An shall not have contact with any victim of the instant offense. This means that Mr. An shall not attempt to meet in person, communicate by letter, telephone, or through a third party, without the knowledge and permission of the U.S. Probation Officer and the government.

b. Due to his status as a Permanent Resident in the United States, Mr. An shall cooperate with and abide by all instructions of immigration authorities.

c. If deported or excluded, Mr. An may not re-enter the United States illegally.

## FORFEITURE
Mr. An has consented to the entry of a forfeiture money judgment in the amount of three million seven hundred twenty-three thousand nine hundred eighty-two dollars and zero cents ($3,723,982.00) (the "Forfeiture Money Judgment"), Forfeiture.   The remaining forfeiture balance of $945,340.73, after the seized assets and properties will be paid by March 20, 2025, as represented by defense counsel.   The Preliminary Order of Forfeiture is attached hereto and incorporated herein.

## RESTITUTION
Mr. An is ordered to pay restitution in the amount of $1,276,018.00 due today, and payable as set forth to the Victims John Does -1, 2 and Jane Doe -1.   The identity and address information of the victims entitled to restitution are listed on Sealed Exhibit A to the Order of Restitution; the Order is attached hereto and incorporated herein. The Court notes that restitution in the amount of $1,276,018.00, has been fully paid. The Clerk of Court shall distribute restitution to the victims. The Order of Restitution is attached hereto and incorporated herein.

## FINE

Mr. An is ordered to pay a fine in the amount of $50,000.00, due immediately, and payable to the Clerk of Court, EDNY, U.S. District Court, 225 Cadman Plaza East, Brooklyn, NY 11201, and shall include the case caption, USA v. Quanzhong An, and docket number 22CR460 (KAM). The Court notes that counsel for Mr. An has represented that Mr. An will present a check to the Clerk of Court in the amount of $50,000.00 by March 24, 2025.

## OTHERS

_X Special Assessment $100.00    X Restitution $1,276,018.00    X Forfeiture $3,723,982.00    X Fine $50,000.00

__ICE Detainer    X Defendant advised of Right to Appeal.    X Gov't to arrange for the return of defendant's property, if any.

X  Transcript Ordered .

X  Remaining Counts **1, 4 -9 of the superseding indictment and the underlying indictment**  are dismissed on the motion of the government.

X  Gov't to arrange for the return of defendant's property, if any.
-

__ IFP Granted                                    X     Gov't to arrange for the return of defendant's property, if any.

__Counts of the Indictment are dismissed on the motion of the government.

__Remaining Counts ___ are dismissed on the motion of the government.

__A Status Conference is scheduled